UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARLOS EDUARDO NAVA REYES,<br><br>                              Plaintiff,<br>     v.<br>JESS MARCHESE,<br><br>                              Defendant. | Case No. 2:25-cv-01827-MMD-BNW<br><br>ORDER |

Pro se Plaintiff Carlos Eduardo Nava Reyes brings this civil rights case under 42 U.S.C. § 1983 based on the alleged sub-par performance of his attorney during his criminal case. Before the Court is United States Magistrate Judge Brenda N. Weksler's Report and Recommendation (ECF No. 3 ("R&R")) screening Plaintiff's complaint (ECF No. 4 ("Complaint")). In the R&R, Judge Weksler recommends that Plaintiff's Complaint be dismissed with prejudice. (ECF No. 3 at 3.) Plaintiff had until October 16, 2025 to file an objection. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Weksler did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Weksler recommended dismissing the Complaint with prejudice, because a court-appointed attorney does not act under color of state law for a Section 1983 claim and Plaintiff's ineffective assistance of counsel claim is improperly brought as a Section 1983 claim. (ECF No. 3 at 2-3.) The Court agrees and will adopt the R&R in full.

It is therefore ordered that the Report and Recommendation (ECF No. 3) is accepted.

It is further ordered that Plaintiff's Complaint is dismissed with prejudice.

The Clerk of the Court is directed to enter judgment in accordance with this order and close this case.

DATED THIS 28th Day of October 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE